## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO C. LOPES, INDIVIDUALLY AND ON BEHALF OF ALL CLASS ACTION PLAINTIFFS,<br><br>            Plaintiffs,<br><br>v.<br><br>PAULA L. WRIGHT, INDIVIDUALLY, AND D&P ASSOCIATES, LLC,<br><br>            Defendants. | CIVIL ACTION NO. |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(c), 1446, and Local Rule 81.1, the Defendants, Paula L. Wright and D&P Associates, LLC (hereinafter the "Defendants"), hereby remove this case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Middlesex County, to the United States District Court for the District of Massachusetts. As grounds for removal, the Defendants state as follow:

1. The Plaintiffs, Antonio C. Lopes, Individually and on Behalf of all Class Action Plaintiffs (hereinafter the "Plaintiffs"), filed a Complaint against the Defendants in the Superior Court Department of the Trial Court of the Commonwealth, Middlesex County, on or about July 23, 2013 in a suit captioned, *Antonio C. Lopes, Individually and on Behalf of all Class Action Plaintiffs v. Paula L. Wright, Individually, and D & P Associates, LLC*, MICV2013-03320-D (the "State Court Action").

2. The Summons indicate that the Defendants were served with the Complaint on or about August 8, 2013, and the state court docket entry concerning return of service reflects that the Defendants were served with the Complaint between August 16, 2013 and August 30, 2013.

3.      With the exception of the Complaint and Summons, Defendants have not received any other pleadings or orders in the State Court Action and Defendants are not aware of any further pleadings filed in the State Court Action.

4.      Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have passed since the Defendants first received service of the Complaint.

5.      The Complaint states a claim against the Defendants arising out of the Plaintiffs' employment with Defendant D & P Associates, LLC (hereinafter "D & P"). The Complaint asserts, among other claims, violations of The Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (hereinafter the "FLSA"). Specifically, the Plaintiffs bring a claim under the FLSA alleging that the Defendants failed to pay them properly for overtime worked, meal/break time, vacation time and travel time. Under 28 U.S.C. § 1331, this Court retains original jurisdiction over the Plaintiffs' claim arising under federal wage and hour statutes. Removal of this action from state court is therefore appropriate pursuant to 28 U.S.C. §§ 1331 and 1441(c) because the Plaintiffs have asserted violations of federal law and the Complaint raises a federal question.

6.      This civil action is properly removed to this Court because it is the district court for the district and division embracing the place where the action is pending.

7.      In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be filed with the clerk of the Middlesex Superior Court following the filing of this notice.

8.      Written notice of the filing of this Notice of Removal is being served on counsel for the Plaintiffs.

9.      A copy of the Complaint and all other process, pleadings and orders served upon the Defendants in the State Court Action are being filed with this Court as the following exhibits to this Notice of Removal:

      a. Complaint – <u>Exhibit A</u>

      b. Summons – <u>Exhibit B</u>

      c. Docket Entries regarding Return of Service – <u>Exhibit C</u>

      d. Tracking Order – <u>Exhibit D</u>

      e. Docket Entry Reflecting No Scheduled Events – <u>Exhibit E</u>

      f. The Docket – <u>Exhibit F</u>

10. Pursuant to 28 U.S.C. §1446(a) and (c) and Local Rule 81.1, within thirty days of filing this Notice of Removal the Defendants will ensure filing with this Court of certified copies of all records and proceedings in the State Court Action.

11. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. §1446(a).

12. In submitting this Notice of Removal, the Defendants reserve all defenses to this action.

                                        Respectfully submitted,

                                        **PAULA L. WRIGHT and**
                                        **D&P ASSOCIATES, LLC**

                                        By their attorneys,

                                        */s/ Sarah-Elizabeth H. Cloutier*
                                        Rebecca J. Wilson, Esq., BBO #529980
                                        Sarah-Elizabeth H. Cloutier, Esq., BBO #670244
                                        PEABODY & ARNOLD LLP
                                        Federal Reserve Plaza
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        Telephone: (617) 951-2100
                                        rwilson@peabodyarnold.com
                                        scloutier@peabodyarnold.com

DATED: September 5, 2013

## CERTIFICATE OF SERVICE

I, Sarah-Elizabeth Herrup Cloutier, do hereby certify that I have, this 5th day of September, 2013, served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
860 Worcester Road, Second Floor
P.O. Box 812
Framingham, MA 01701

*/s/ Sarah-Elizabeth Herrup Cloutier*
Sarah-Elizabeth Herrup Cloutier

805491_1
15332-97104